UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
February 11, 2016
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LUKE LENE,<br><br>　　　　Defendant. | Case No.  2:16-mj-00040-CKD<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  **LUKE LENE** ,

Case No. 2:16-mj-00040-CKD Charge from custody for the following reasons:

　　　_____ Release on Personal Recognizance

　　　_____ Bail Posted in the Sum of $ _____

　　　__X__ Unsecured Appearance Bond $ 25,000.00, cosigned by wife and father.

　　　_____ Appearance Bond with 10% Deposit

　　　_____ Appearance Bond with Surety

　　　_____ Corporate Surety Bail Bond

　　　__X__ (Other): Pretrial Services conditions.

Issued at Sacramento, California on February 11, 2016 at  2:30 pm

　　　　　　　　By: _____
　　　　　　　　　　　Magistrate Judge Carolyn K. Delaney